IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,   No. CIV S-08-1615-CMK-P

    Plaintiff,

  vs.   ORDER

JAMES WALKER, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On October 29, 2008, the court dismissed plaintiff's original complaint with leave to amend within 30 days. On November 26, 2008, plaintiff filed five separate documents entitled "First Amended Complaint," one as to each of the five defendants named in the original complaint.[1] Because the court cannot refer to multiple documents in screening plaintiff's amended complaint, plaintiff will be required to file a single first amended complaint containing his allegations as against all defendants. Plaintiff is cautioned that failure to comply

---

[1] Plaintiff also filed a notice of appeal of the court's October 29, 2008, order. The Ninth Circuit ultimately dismissed the appeal for lack of jurisdiction. The Court of Appeals' order was docketed on January 23, 2009, and jurisdiction was returned to this court.

1 | may result in dismissal of the entire action for lack of prosecution and failure to comply with
2 | court rules and orders.  See Local Rule 11-110.
3 |    Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a single first
4 | amended complaint within 30 days of the date of this order.

DATED:  February 19, 2009

                 _____
                 **CRAIG M. KELLISON**
                 UNITED STATES MAGISTRATE JUDGE