IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS, | No. CIV S-08-1615-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JAMES WALKER, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are the following discovery-related documents filed by plaintiff on July 21, 2009: (1) "Notice of Motion for Protective Order to Compel Access to Personnel Records and Judicial Records and Compel Access to Discovery documents Materials" (Doc. 27); (2) "Plaintiff First Request for Production of Documents" (Doc. 28); (3) "Notice of Motion for an Order Compelling Discovery" (Doc. 29); (4) "Notice of First Set of Interrogatories" (Doc. 30); (5) "Plaintiff Second Set of Interrogatories to Defendants" (Doc. 31); and (6) "Plaintiff's Third Set of Interrogatories to Defendants" (Doc. 32). Also before the court are the following filings relating to plaintiff's request for summary judgment: (1) "Notice of Motion and Motion to File Motion for Summary Judgment" (Doc. 33); (2) "Notice of Motion

and Motion for Summary Judgment" (Doc. 34); (3) "Notice of Motion and Motion for Summary Judgment Separate Statement of Disputed Facts; Memorandum of Points and Authorities; Supporting Declarations" (Doc. 35); (4) "Notice of Declaration of James Caldwell in Support of Notice of Motion and Motion for Summary Judgment" (Doc. 36); (5) "Notice of Declaration of Belcher in Support of Plaintiff Notice of Motion and Motion for Summary Judgment" (Doc. 37); (6) "Notice of Declaration of James Branch in Support of Motion and Motion for Summary Judgment" (Doc 38); (7) "Notice of Declaration of Ford in Support of Notice of Motion and Motion for Summary Judgment" (Doc. 39); and (8) "Plaintiff's Brief in Opposition" (Doc. 40).

Because no defendant in this case has yet filed an answer, the action is not at issue and any discovery is premature. Therefore, plaintiff's motions to compel (Docs. 27 and 29) will be denied. As to plaintiff's discovery requests, once discovery is appropriate such requests should be served on defendants and not filed with the court except in the context of a proper motion to compel. Therefore, plaintiff's discovery requests (Docs. 28, 30, 31, and 32) will be stricken. By separate order issued after an answer is filed, plaintiff will be advised as to how to proceed with discovery in this action.

As with plaintiff's discovery-related filings, any request for summary judgment is also premature because the case is not yet at issue and defendants have not had an opportunity to conduct their own discovery or respond to plaintiff's discovery. Plaintiff's filings relating to summary judgment will, therefore, be disregarded at this time. Plaintiff may renew his motion at a later stage in the proceedings after discovery has closed. By separate order issued after an answer is filed, the court will set a schedule for this case including a discovery cut-off date and a date by which dispositive motions must be filed.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motions to compel (Docs. 27 and 29) are denied as premature;

    2.    Plaintiff's discovery requests (Docs. 28, 30, 31, and 32) are stricken;

    3.    Plaintiff's filings relating to summary judgment (Docs. 33, 34, 35, 36, 37, 38, 39, and 40) are disregarded; and

    4.    The Clerk of the Court is directed to terminate all pending motions.

DATED: July 27, 2009

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE